Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
Adam F. Shearer (SBN 279073)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com
ashearer@clarencedyer.com

Attorneys for Defendant
TIMOTHY J. SLOAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE WELLS FARGO & COMPANY STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:20-cv-08750-MMC |
|---|---|
| | (Consolidated with Nos. 3:20-cv-08752; 3:20-cv-09169) |
| This Document Relates To:<br><br>ALL ACTIONS. | **DEFENDANT TIMOTHY J. SLOAN'S NOTICE OF JOINDER AND JOINDER IN WELLS FARGO & COMPANY'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE ADEQUATELY TO PLEAD DEMAND FUTILITY**<br><br>The Honorable Maxine M. Chesney<br>Hearing: October 15, 2021 at 9:00 a.m. |

TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Timothy J. Sloan hereby joins in Wells Fargo & Company's Reply in Support of its Motion to Dismiss for Failure Adequately to Plead Demand Futility (the "Reply") and all arguments in support of the Reply. The hearing on the Motion is set

for October 15, 2021 at 9:00 a.m. before the Honorable Maxine M. Chesney. As set forth in the Reply and the Motion, the Complaint should be dismissed with prejudice for failure to adequately plead demand futility.

Pursuant to an agreement among the parties, Defendant Sloan may present a motion of his own addressing the adequacy of the Complaint's pleading of claims on bases other than demand futility, if necessary, following a decision on the threshold demand-futility issue. *See* Dkt. No. 56.

Dated:  September 22, 2021						Respectfully submitted,

								CLARENCE DYER & COHEN LLP

								By:  _____/s/_____
								Nanci L. Clarence
								Josh A. Cohen
								Adam F. Shearer
								Attorneys for Defendant Timothy J. Sloan