1  Edward W. Swanson, SBN 159859
   ed@smllp.law
2  Mary McNamara, SBN 147131
   mary@smllp.law
3  Carly Bittman, SBN 305513
   carly@smllp.law
4  SWANSON & McNAMARA LLP
5  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
6  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
7
8  Attorneys for Defendant John R. Shrewsberry

9

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                 SAN FRANCISCO DIVISION

13 | IN RE WELLS FARGO & COMPANY STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:20-cv-08750-MMC
14 | | (Consolidated with Case Nos. 3:20-cv-08752-MMC and 3:20-cv-09169-MMC)
15 | |
16 | | **DEFENDANT JOHN SHREWSBERRY'S NOTICE OF JOINDER AND JOINDER IN DEFENDANT WELLS FARGO & COMPANY'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO ADEQUATELY PLEAD DEMAND FUTILITY**
17 | |
18 | |
19 | |
20 | |
21 | | Judge: The Honorable Maxine M. Chesney
   | | Courtroom: 7, 19th Floor
22 | | Date: October 15, 2021
   | | Time: 9:00 a.m.
23
24
25
26
27
28

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant John R. Shrewsberry hereby joins in nominal defendant Wells Fargo & Company's reply brief in support of its motion to dismiss for failure to adequately plead demand futility (Dkt. No. 71).  A hearing on the Motion is set for October 15, 2021, at 9:00 a.m. before the Honorable Maxine M. Chesney.

Pursuant to an agreement among the parties, Mr. Shrewsberry may present further motions addressing the adequacy of the Complaint's pleading of claims on bases other than demand futility, if necessary, following a decision on the threshold demand-futility issue.  Dkt. No. 56.

Dated: September 22, 2021                           Respectfully submitted,


   /s/ Edward W. Swanson
Edward W. Swanson
Mary McNamara
Carly Bittman
SWANSON & McNAMARA LLP

Attorneys for John R. Shrewsberry

- 1 -

DEFENDANT SHREWSBERRY'S NOTICE OF JOINDER AND JOINDER
IN REPLY IN SUPPORT OF MOTION TO DISMISS
Lead Case No. 3:20-cv-08750-MMC