IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE WELLS FARGO & COMPANY STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 20-cv-08750-MMC<br><br>**ORDER VACATING HEARING ON WELLS FARGO & COMPANY'S MOTION TO DISMISS** |
|---|---|

Before the Court is defendant Wells Fargo & Company's motion to dismiss, filed June 22, 2021. Plaintiffs have filed opposition, to which Wells Fargo & Company has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for October 15, 2021.

**IT IS SO ORDERED.**

Dated: October 12, 2021

MAXINE M. CHESNEY
United States District Judge